GREGORY J. CHARLES, ESQ. #208583
Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126
P: 408.493.0363
F: 408.852.0233
greg@gregcharleslaw.com
Counsel for Defendants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: SAN JOSE AIRPORT HOTEL, LLC, DBA HOLIDAY INN SAN JOSE, MOBEDSHAHI HOTEL GROUP,<br><br>DEBTORS. | Chapter 7<br><br>Case No. 09-51045-SLJ<br><br>(Jointly Administered with Case No. 09-51073-SLJ) |
| MOHAMED POONJA, CHAPTER 7 TRUSTEE FOR SAN JOSE AIRPORT HOTEL, LLC, DBA HOLIDAY INN SAN JOSE, DEBTOR, AND MOBEDSHAHI HOTEL GROUP, DEBTOR,<br><br>PLAINTIFFS,<br><br>VS.<br><br>SEVAK & SONS, L.P., A CALIFORNIA LIMITED PARTNERSHIP; CHANDRAKANT SHAH, AN INDIVIDUAL, AND MRUDULA C. SHAH, AN INDIVIDUAL<br><br>DEFENDANTS. | A.P. NO. 11-05236<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO AMEND<br><br>DATE: MONDAY MAY 6, 2013<br>TIME: 1:30 P.M.<br>PLACE: 280 SOUTH FIRST STREET<br>  SAN JOSE, CA 95113-3099<br>JUDGE: HON. STEPHEN L. JOHNSON |

Memorandum of Points and Authorities in opposition to Motion for leave to Amend

i

## I. INTRODUCTION

This matter is before the court on a Motion by the plaintiff seeking leave to amend its complaint for a second time on the eve of trial. The amendment would assert a new cause of action against Chandrakant Shah ("Mr. Shah") and add Shah Enterprises, Inc. as a party. For the following reasons, the motion should be denied.

## II. ARGUMENT

In this matter, the plaintiff filed a complaint without performing any due diligence regarding the existence of a juridical entity. Specifically, the plaintiff named Sevak & Sons, L.P. as a defendant in this proceeding. A cursory review of the secretary of state's website, however, plainly reveals that Sevak never existed (Charles Dec., Ex. 1). Thus, the plaintiff failed to establish probable cause before filing suit against this entity.

Moreover, the defendants plainly denied the existence of Sevak in the answer. Specifically, paragraphs 13-14 of the First Amended Complaint state.

> 13. Defendant SEVAK & SONS, L.P. ("Sevak"), is a California limited partnership with its principal place of business in Santa Clara County. On information and belief, Sevak is owned in its entirety by defendants Chandrakant Shah and Mrudula Shah, in their respective individual capacities.
>
> 14. Defendant CHANDRAKANT SHAH ("Mr. Shah" or "Shah") is an individual who resides in Santa Clara County, California. Mr. Shah is an owner of Sevak with his wife and as an owner and general managing partner of Sevak has complete control of Sevak. (Doc 33).

In the answer, however, both of these allegations are specifically denied (Doc. 36).

Therefore, Mr. Shaw denied the fact that Sevak existed. Further, he denied ownership of any such entity. Given the public records and the clear denial of the existence of Sevak, the plaintiff had specific notice that he sued a non-existing entity.

Despite this fact, plaintiff did not serve interrogatories in this case and only took a single deposition at the close of discovery. Even after the defendant noted this issue in its motion for summary judgment, the plaintiff took no action.

Now, on the eve of trial, the plaintiff asks this court to add Shah Enterprises, as

an additional party holding it responsible for any liability incurred by Sevak (had it existed). Likewise, the plaintiff suggests that a new cause of action should be added against Mr. Shah. Without citing any authority, the plaintiff claims that Mr. Shah is a "promoter."

While the plaintiff may claim surprise and prejudice, the reverse is certainly true. Again the public records, and answer reveal that Sevak never existed as an entity. With this knowledge, the plaintiff could have amended his complaint and asserted claims against either Shah Enterprises or Mr. Shah as a "promoter."

When the defendant raised this issue in the motion for summary judgment, the plaintiff could have sought leave to conduct discovery pursuant to rule 56 (f). It could have been sought leave to amend, and the defendants could have sought additional time to conduct discovery-based on the amendment.

The trustee, however, took no such action. Now, on the eve of trial the plaintiff would assert a completely different cause of action against Mr. Shaw and name an additional party.

### III. CONCLUSION

The instant action is nothing but a thinly veiled motion for leave to amend the complaint for a second time. The motion is both inappropriate and untimely. Had the trustee performed basic due diligence, he would have discovered the nonexistence of Sevak before filing the original complaint. Thus, the motion should be denied.

Dated: May 5, 2013                    Law Offices of Gregory Charles

                                      By:  /s/ Gregory J. Charles
                                           Gregory J. Charles
                                           Attorneys for Defendant

1  GREGORY J. CHARLES, ESQ. #208583
   Law Offices of Gregory Charles
2  2131 The Alameda, Suite C-2
   San Jose, CA 95126
3  P: 408.493.0363
   F: 408.852.0233
4  greg@gregcharleslaw.com
   Counsel for Defendants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: SAN JOSE AIRPORT HOTEL, LLC, DBA HOLIDAY INN SAN JOSE, MOBEDSHAHI HOTEL GROUP,<br><br>DEBTORS. | Chapter 7<br><br>Case No. 09-51045-SLJ<br><br>(Jointly Administered with Case No. 09-51073-SLJ) |
| MOHAMED POONJA, CHAPTER 7 TRUSTEE FOR SAN JOSE AIRPORT HOTEL, LLC, DBA HOLIDAY INN SAN JOSE, DEBTOR, AND MOBEDSHAHI HOTEL GROUP, DEBTOR,<br><br>PLAINTIFFS,<br><br>VS.<br><br>SEVAK & SONS, L.P., A CALIFORNIA LIMITED PARTNERSHIP; CHANDRAKANT SHAH, AN INDIVIDUAL, AND MRUDULA C. SHAH, AN INDIVIDUAL<br><br>DEFENDANTS. | A.P. NO. 11-05236<br><br>DECLARATION OF GREGORY CHARLES IN OPPOSITION TO MOTION TO AMEND<br><br>DATE: MONDAY MAY 6, 2013<br>TIME: 1:30 P.M.<br>PLACE: 280 SOUTH FIRST STREET<br>       SAN JOSE, CA 95113-3099<br>JUDGE: HON. STEPHEN L. JOHNSON |

I, Gregory J. Charles, declare and say:

 1. I am an attorney at law duly licensed to practice before the courts of the State of California. I am counsel for the defendant. This declaration is made on my personal knowledge. If called as a witness, I would and could competently testify as follows.

Declaration of Charles in opposition to Motion for leave to Amend

1

Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126

2. The California Secretary of State maintains a website located at http://www.sos.ca.gov. The website allows the public to search the secretary of state's records regarding the existence of corporations, partnerships, and other business entities.

3. On May 5, 2013 I performed a search of the database using the term "sevak." Attached are two as Exhibit 1 is a true and correct copy of the response that I received from the query.

4. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 5, 2013.

                                   s/ Gregory Charles

                                   Gregory Charles

Exhibit 1

# California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**
**Service Options**
**Name Availability**
**Forms, Samples & Fees**
**Statements of Information**
 (annual/biennial reports)
**Filing Tips**
**Information Requests**
 (certificates, copies & status reports)
**Service of Process**
**FAQs**
**Contact Information**
Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Search - Results

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, May 03, 2013. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Results of search for " SEVAK " returned no entity records.

Record not found.

**Modify Search**    **New Search**

**Privacy Statement** | **Free Document Readers**
Copyright © 2013    California Secretary of State

# Certificate of Service

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 2131 The Alameda, Suite C-2, San Jose, CA 95126 California 95112. I am readily familiar with the processing of pleadings for delivery via electronic mail. I caused to be served the following on the date listed below:

1. **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO AMEND**

2. **DECLARATION OF GREGORY CHARLES IN OPPOSITION TO MOTION TO AMEND**

__X__ **If VIA E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the document[s] to be sent to the person[s] at the e-mail address[es] listed below through the electronic filing system of the Northern District of Califonia.

_____ **If VIA HAND DELIVERY:** I caused the document[s] to be delivered by hand to the office of the addressee.

| |
|---|
| James A. Hennefer (SBN 059490) |
| HENNEFER, FINLEY & WOOD, LLP |
| 425 California Street, 19th Floor |
| San Francisco, CA 94104-2296 |
| Telephone: (415) 421-6100 |
| Facsimile: (415) 421-1815 |
| jhennefer@hennefer-wood.com |

I declare that I am a member of the Bar of this Court and that this declaration was executed on May 5, 2013 in San Jose, California.

                                                     _s/ Gregory Charles_____