

The following constitues
the order of the court. Signed May 7, 2013

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SAN JOSE AIRPORT HOTEL, LLC<br><br>Debtor. | Case No. 09-51045<br>Ch. 7 |
| MOHAMED POONJA,<br><br>Plaintiff,<br><br>v.<br><br>SEVAK & SONS, L.P., et al.<br><br>Defendants. | A.P. No. 11-5236 |

### ORDER ON PLAINTIFF'S RULE 15(b)(2) MOTION TO AMEND

Prior to the commencement of trial, plaintiff moved to amend the pleadings to conform to the proof at trial, under Fed. R. Civ. P. 15(b)(2), incorporated by Rule 7015. For the reasons stated on the record on May 7, 2013, the court DENIES the motion.

ORDER
-1-

IT IS SO ORDERED.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

**[ECF Recipients Only]**

ORDER

-3-