

The following constitutes
the order of the court. Signed May 7, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SAN JOSE AIRPORT HOTEL, LLC<br><br>Debtor. | Case No. 09-51045<br>Ch. 7 |
| MOHAMED POONJA,<br><br>Plaintiff,<br><br>v.<br><br>SEVAK & SONS, L.P., et al.<br><br>Defendants. | A.P. No. 11-5236 |

**ORDER ON DEFENDANTS' RULE 52(c) MOTION**

At the conclusion of the Plaintiff's introduction of evidence at trial on May 6 and 7, 2013, Defendants moved for entry of judgment under Fed. R. Civ. P. 52(c), made applicable by

ORDER
-1-

Fed. R. Bankr. P. 7052.  For the reasons stated on the record on May 7, 2013, the court ORDERS as follows:

1. The complaint is dismissed as to defendant Sevak & Sons, L.P.
2. Further relief is denied.

IT IS SO ORDERED.

**\*\*\* END OF ORDER \*\*\***

ORDER
-2-

**COURT SERVICE LIST**

**[ECF Recipients Only]**

ORDER

-3-