1

2

3

**The following constitutes**
**the order of the court. Signed August 26, 2013**

4

5

6

*Stephen Johnson*

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

7

8

9                                                              *see changes below

UNITED STATES BANKRUPTCY COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12

13

In re:                                                    Case No. 09-51045-SLJ

14

SAN JOSE AIRPORT HOTEL, LLC,                Chapter 7

15

16          Debtor

17

MOHAMED POONJA, Chapter 7 Trustee        Adversary Case No. 11-05236-SLJ

18              Plaintiff,

19                  vs.

20

SEVAK & SONS, L.P.

21 CHANDRAKANT SHAH,
and MRUDULA C. SHAH,

22

23          Defendants.

24

25          JUDGMENT IN AN ADVERSARY PROCEEDING

26          The court entered its "Order Following Trial" on August 2, 2013 (Doc. No. 82) following trial

27 to the court of plaintiff's First Amended Complaint, which represents the court's findings of fact and

28 conclusions of law pursuant to FED. R. BANKR. P. 7052. Said "Order Following Trial," is incorporated

herein by reference. In said "Order Following Trial," the court ordered that the plaintiff, Mohamed

Poonja, recover from defendant, Chandrakant Shah, the amount of $11,648,758 for breach of the Guaranty pleaded in the Second Claim for Relief in the First Amended Complaint.

1. Judgment is hereby granted to the plaintiff, Mohamed Poonja, and against defendant, Chandrakant Shah, in the amount of $11,648,758

2. Interest on the judgment amount shall run from the date of entry of the judgment at the rate specified in 28 U.S.C. § 1961.

3. ~~The Guaranty provided that defendant Chandrakant Shah "shall pay . . . all attorneys' fees and costs incurred by [plaintiff] . . in seeking to enforce any of the liabilities or obligations of [Chandrakant Shah] under [the] Guaranty." Plaintiff sought such costs and attorneys' fees in the Second Claim for Relief in the First Amended Complaint. Plaintiff shall file its bill of costs and motion for attorneys' fees pursuant to FED. R. BANKR. P. 7054 and F.R.CIV.P. Rule 54 within thirty (30) days of the entry of this judgment.~~

4. All causes of action in the First Amended Complaint, save and except for the Second Claim for Relief, are dismissed.

***END OF JUDGMENT ***

\* To the extent attorneys' fees and costs are recoverable under applicable non-bankruptcy law, Plaintiff shall file a motion pursuant to Fed.R.Bankr.Proc. 7054(b) and Civil Local Rule 54-5, as incorporated (with limitations) by B.L.R. 1001-2.

JUDGMENT IN AN ADVERSARY PROCEEDING          -2-