James A. Hennefer (SBN 059490)
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104-2296
Telephone: (415) 421-6100
Facsimile: (415) 421-1815
jhennefer@hennefer-wood.com

Special Counsel for Mohamed Poonja,
Chapter 7 Trustee for San Jose Airport
Hotel, LLC, dba Holiday Inn San Jose, and
Mobedshahi Hotel Group

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>SAN JOSE AIRPORT HOTEL, LLC, dba<br>HOLIDAY INN SAN JOSE,<br>MOBEDSHAHI HOTEL GROUP, | Chapter 7<br><br>Case No. 09-51045-SLJ<br><br>(Jointly Administered with<br>  Case No. 09-51073-SLJ )<br><br>Adv. Pro. No. 11-05236 |
| MOHAMED POONJA, Chapter 7 Trustee for<br>SAN JOSE AIRPORT HOTEL, LLC, dba<br>HOLIDAY INN SAN JOSE, Debtor, and<br>MOBEDSHAHI HOTEL GROUP, Debtor,<br><br>            Plaintiffs,<br><br>vs.<br><br>SEVAK & SONS, L.P., a California limited<br>partnership; CHANDRAKANT SHAH,<br>an individual, and MRUDULA C. SHAH, an<br>individual<br><br>            Defendants. | **NOTICE OF HEARING<br>ON PLAINTIFF'S MOTION<br>FOR COSTS AND<br>ATTORNEYS FEES<br>AFTER TRIAL AND JUDGMENT**<br><br>Date: October 21, 2013<br>Time: 1:30 p.m.<br>Place: United States Courthouse, Room 3099<br>       280 South First Street<br>       San Jose, California  95113<br><br>Honorable Stephen L. Johnson |

1   PLEASE TAKE NOTICE that plaintiff Mohamed Poonja will move and hereby does move the
2   Court pursuant to Federal Rules of Bankruptcy Procedure 7054(b), Civil Local Rule 54-5 and Bankruptcy
3   Local Rule 1001-2 for costs and attorneys' fees, in addition to the Judgment entered in this Adversary
4   Proceeding on August 26, 2013, as the prevailing party in the Adversary Proceeding ("Motion").

5   The Motion will be heard by the Honorable Stephen L. Johnson, in the United States Bankruptcy
6   Court, at the United States Courthouse, Room 3099, 280 South First Street, San Jose, California 95113,
7   on October 21, 2013 at 1:30 p.m. or as soon thereafter as the Court may hear it. The Motion will be based
8   upon this Notice of Hearing, the Motion itself, the accompanying Memorandum of Points and Authorities
9   in Support of Plaintiff's Motion for Costs and Attorneys' Fees, the accompanying Declaration of James
10  A. Hennefer in Support of Plaintiff's Motion for Costs and Attorneys' Fees, the pleadings on file in this
11  case and such other and further matters as the Court may properly consider.

12  PLEASE TAKE FURTHER NOTICE that any opposition to the Motion must be filed with the
13  Clerk of the Bankruptcy Court, San Jose Division, Room 3035, 280 South First Street, San Jose, CA
14  95111-3099, and served on the undersigned counsel at the address set forth above, in conformity with
15  Local Rules 7007-1 and 9013-1 of the United States Bankruptcy Court for the Northern District of
16  California.

Dated: September 9, 2013                         HENNEFER, FINLEY & WOOD, LLP


                                                 By:   /s/ James A. Hennefer
                                                       James A. Hennefer

                                                 Special Counsel for Mohamed Poonja,
                                                 Chapter 7 Trustee for San Jose Airport
                                                 Hotel, LLC, dba Holiday Inn San Jose, and
                                                 Mobedshahi Hotel Group

# CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. A certificate of service for mailing as to all participants in the case who are not registered CM/ECF users will be filed with the Clerk of the Court

/s/ Irene Alvarenga