| | |
|---|---|
| 1 | GREGORY J. CHARLES, ESQ. #208583 |
| | Law Offices of Gregory Charles |
| 2 | 2131 The Alameda, Suite C-2 |
| | San Jose, CA 95126 |
| 3 | P: 408.493.0363 |
| | F: 408.852.0233 |
| 4 | greg@gregcharleslaw.com |
| | Defendants |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SAN JOSE AIRPORT HOTEL, LLC, DBA HOLIDAY INN SAN JOSE, MOBEDSHAHI HOTEL GROUP, <br><br> DEBTORS. | Chapter 7 <br><br> Case No. 09-51045-SLJ <br><br> (Jointly Administered with Case No. 09-51073-SLJ) |
| MOHAMED POONJA, CHAPTER 7 TRUSTEE FOR SAN JOSE AIRPORT HOTEL, LLC, DBA HOLIDAY INN SAN JOSE, DEBTOR, AND MOBEDSHAHI HOTEL GROUP, DEBTOR, <br><br> PLAINTIFFS, <br><br> VS. <br><br> SEVAK & SONS, L.P., A CALIFORNIA LIMITED PARTNERSHIP; CHANDRAKANT SHAH, AN INDIVIDUAL, AND MRUDULA C. SHAH, AN INDIVIDUAL <br><br> DEFENDANTS. | A.P. NO. 11-05236 <br><br> DECLARATION OF GREGORY CHARLES IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME AND MOTION TO ENLARGE TIME TO APPEAL PURSUANT TO BANKRUPTCY LOCAL RULE 9006-1 AND BANKRUPTCY RULE 8002 |

I, Gregory J. Charles, declare and say:

1. I am an attorney at law duly licensed to practice before the courts of the State of California. I am counsel for the party identified above. This declaration is made on my personal knowledge. If called as a witness, I would and could competently testify as follows.

2. This matter is before the court on a motion by Defendant CHANDRAKANT SHAH ("Mr. Shah" or "Shah") seeking an order shortening time on a motion seeking additional time to file a notice of appeal pursuant to Fed. R. Bank. Pro. 8002(c)(2) and Bankruptcy Local Rule 9006-1.

3. This request is based upon the fact that I was incapable of filing the notice of appeal on Monday, August 9, 2013 due to a medical emergency.

4. The court entered judgment in this matter against Mr. Shah in an amount exceeding $11,000,000 on August 26, 2013. Therefore, a notice of appeal was due to be filed no later than Monday, September 9, 2013. Fed. R. Bank. Pro. 8002. I intended to file a notice of appeal on that date but could not do so for the following reasons.

5. On Saturday, September 7 and Sunday, September 8, 2013, I became very ill. On Monday, September 9, 2013, I attempted to go to work. While driving I began feeling very ill.

6. My primary care physician works at San Jose Medical Group and I pass by there on the way to work.

7. I stopped and went to the urgent care facility.

8. The treating physician transferred me to O'Connor Hospital via ambulance.

9. The emergency room physician, Brian Saavedra, M.D., ordered a CT scan and a chest X-ray. Please see exhibit 1.

10. Based upon those findings, Dr. Saavedra referred the matter to a neurologist, Dr. Raul Guisado. Dr. Guisado ordered additional tests including a contrast and non-contrast MRI Please see exhibit 2.

11. I remained in the emergency room until well after the close of business on Monday, September 9, 2013. The first day that counsel was able to work was Wednesday, September 11, 2013.

12. On September 11, 2013, I contacted opposing counsel's office to meet and

confer regarding an enlargement of time pursuant to bankruptcy local rule 9006-1(c)(4). Opposing counsel was not in the office at that time. Given the severity of the circumstances, I filed the instant application.

13. I sent this application to Mr. Hennefer via facsimile and email so, he would be aware of the requested hearing dates.

Dated: September 11, 2013          Law Offices of Gregory Charles

By: /s/ Gregory J. Charles
    Gregory J. Charles
    Attorneys for Defendant

# Exhibit 1

O'Connor Hospital
ED PulseCheck Results

PATIENT: Charles, Gregory J
IBEX    : 20130909121723
MED REC: 104756
REVIEWING DOCTOR: Brian Saavedra, MD

TRIAGE DATE: Mon Sep 09, 2013 12:1
PRINT DATE : Mon Sep 09, 2013 14:3
ACCOUNT NUM: 67788216
PRINTED BY : Brian Saavedra, MD

---

CT HEAD W/O CONTRAST Order #: 3576260 Mon Sep 09, 2013 12:55
CLINICAL DATA: Cerebrovascular Accident



Preliminary report was called to Dr. Saavedra at the time of dictation.

Dictated:   KLAUS FECHNER MD
Reviewed, signed by:  KLAUS FECHNER MD

DX CHEST PORTABLE 1 VIEW Order #: 3576243 Mon Sep 09, 2013 13:04
COMPARISON: None.
TECHNIQUE: Portable chest.



BNP

ng/mL

Exhibit 2

# O'CONNOR HOSPITAL
# PROCEDURES AND TESTS

You were seen in the Emergency Department on: Mon Sep 09, 2013

**PROCEDURES PERFORMED**
THER PROPH/DX NJX IV PUSH SINGLE/1ST SBST/DRUG

**TESTS PERFORMED**
COMPREHENSIVE METABOLIC PANEL
CARDIAC – BNP
CARDIAC – CPK/CKMB PANEL
CARDIAC – TROPONIN – I
CBC AUTO DIFF
CT HEAD W/O CONTRAST
DX CHEST 1 VIEW (PORTABLE)
EKG DIAGNOSTIC/ INT and RPT 12L
IV Saline lock
MRA HEAD W/CONT
MRA NECK W/CONT
MRI BRAIN W/O CONTRAST
MRI BRAIN W/WO CONTRAST
PT/INR
PTT
URINE – UA WITH CULTURE IF INDICATED

**RESULTS**



Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126

# Certificate of Service

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 2131 The Alameda, Suite C-2, San Jose, CA 95126 California 95112. I am readily familiar with the processing of pleadings for delivery via electronic mail. I caused to be served the following on the date listed below:

1. APPLICATION FOR ORDER SHORTENING TIME ON MOTION AND MOTION TO ENLARGE TIME TO APPEAL PURSUANT TO BANKRUPTCY LOCAL RULE 9006-1 AND BANKRUPTCY RULE 8002
2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME AND MOTION TO ENLARGE TIME TO APPEAL PURSUANT TO BANKRUPTCY LOCAL RULE 9006-1 AND BANKRUPTCY RULE 8002
3. DECLARATION OF GREGORY CHARLES IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME AND MOTION TO ENLARGE TIME TO APPEAL PURSUANT TO BANKRUPTCY LOCAL RULE 9006-1 AND BANKRUPTCY RULE 8002

__X__ **If VIA E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the document[s] to be sent to the person[s] at the e-mail address[es] listed below through the electronic filing system of the Northern District of Califonia.

__X__ **If VIA E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the document[s] to be sent to the person[s] at the e-mail address[es] listed below.

__X__ **If VIA FACSIMILE**: I caused the document[s] to be sent to the person[s] at the facsimile number listed below.

| |
|---|
| James A. Hennefer (SBN 059490)<br>HENNEFER, FINLEY & WOOD, LLP<br>425 California Street, 19th Floor<br>San Francisco, CA 94104-2296<br>Telephone: (415) 421-6100<br>Facsimile: (415) 421-1815<br>jhennefer@hennefer-wood.com |

I declare that I am a member of the Bar of this Court and that this declaration was executed on September 11, 2013 in San Jose, California.

                         s/ Gregory Charles