James A. Hennefer (SBN 059490)
HENNEFER, FINLEY & WOOD, LLP
235 Montgomery, Suite 858
San Francisco, CA 94104
Telephone: (415) 421-6100
Facsimile: (415) 421-1815
jhennefer@hennefer-wood.com

Special Counsel for Mohamed Poonja,
Chapter 7 Trustee for San Jose Airport
Hotel, LLC, dba Holiday Inn San Jose, and
Mobedshahi Hotel Group

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>SAN JOSE AIRPORT HOTEL, LLC, dba<br>HOLIDAY INN SAN JOSE,<br>MOBEDSHAHI HOTEL GROUP, | Chapter 7<br>Case No. 09-51045-SLJ<br><br>(Jointly Administered with<br>  Case No. 09-51073-SLJ ) <br><br>Adv. Pro. No. 11-05236 |
| MOHAMED POONJA, Chapter 7 Trustee for<br>SAN JOSE AIRPORT HOTEL, LLC, dba<br>HOLIDAY INN SAN JOSE, Debtor, and<br> MOBEDSHAHI HOTEL GROUP, Debtor, <br><br>              Plaintiffs,<br>vs.<br><br>SEVAK & SONS, L.P., a California limited<br>partnership; CHANDRAKANT SHAH,<br>an individual, and MRUDULA C. SHAH, an<br>individual<br><br>              Defendants. | **DECLARATION OF<br>JAMES A. HENNEFER<br>IN SUPPORT OF REPLY<br>TO SHAHS' AND LLCs'<br> OPPOSITION TO<br> MOTION TO AMEND**<br><br>Date:   September 1, 2020<br>Time:   1:30 p.m.<br><br>Place:  United States Courthouse, Room 3099<br>        280 South First Street<br>        San Jose, California  95113<br><br>Honorable Stephen L. Johnson |

    I, James A. Hennefer, declare:

    1.     I am special counsel for Mohamed Poonja, Chapter 7 Trustee for San Jose Airport

Hotel, LLC, dba Holiday Inn San Jose, and Mobedshahi Hotel Group and plaintiff in the adversary

---

DECLARATION  OF JAMES A. HENNEFER                               *In re San Jose Airport Hotel*, No. 09-51045-SLJ
IN SUPPORT OF REPLY TO MOTION TO AMEND                          *Poonja v. Sevak* Ad.Pro. 11-05236 - SLJ

Case: 11-05236    Doc# 261    Filed: 08/25/20    Entered: 08/25/20 19:02:02    Page 1 of 4

1. proceeding herein ("Trustee" or "Plaintiff") . This declaration is made in support of Plaintiff's Reply to the opposition filed by Chandrakant K. Shah and Mrudula C. Shah's counsel in opposition to the Trustee's Motion to Amend the Judgment, and in support of Plaintiff's Reply to the opposition filed by counsel for the Shah's LLCs to the Motion to Amend the Judgment.

2. I have represented the Trustee against Chandrakant Shah ("Shah"), debtor on the Judgment entered herein (on August 26, 2013 and again on June 17, 2016) throughout these adversary proceeding, including in the trial and appeals to the District Court and Ninth Circuit Court of Appeals, and the post-judgment collection proceedings before this Court. I took the debtor's examination of Mr. Shah on June 19, 2018.

3. I received and reviewed the papers filed in this action on July 17, 2020 in opposition to the Trustee's Motion to Amend the Judgment to Add Alter-Egos. In these papers Shah's counsel claimed that as to the Six LLCs the Trustee seeks to add as alter egos: "[t]here is no evidence of commingling of funds and other assets, the holding out by one entity that it is liable for the debts of the other, use of the same offices and employees, and use of one as a mere shell or conduit for the affairs of the other. . . [n]or is there evidence include inadequate capitalization, disregard of corporate formalities, or lack of segregation of corporate records." (ECF 243, 4:1-4:7)

4. In order to test this claim by Shah, the Trustee issued and personally served on July 21,2020 six (6) Rule 45 document subpoenas, one to each of the Six LLCs. The subpoenas t were returnable on August 6, 2020. True copies of these subpoenas, issued and served on Kamal Holdings, LLC, Sundowner Inn LLC, County Inn LLC , 1130-1132 Independence Mountain View, LLC Quimby Road Ranch LLC and SKCM LLC and are attached hereto as **Exhibits 1**, **2**, **3**, **4**, **5** and **6.**

5. These subpoenas asked for documentation of each of the LLC's: (1) operating agreements; (2) ownership percentages; (3) management and operations; (4) profits, losses and distributions; (5) voting rights of members; (6) capitalization; (7) finances and financial performance; (8) tax returns; (9) offices (10) employees; and 11) documents supporting Shah's declaration filed as ECF 243-1, ¶¶ 8-10 about the LLCs' operations.

6. Counsel for the LLCs, Stephen Finestone, stonewalled these subpoenas by serving, on August 4, 2020, blanket form objections, objecting to all categories of documents except "(1) operating agreements." No documents were produced at that time. Copies of these objections are attached hereto as **Exhibits 7**, **8**, **9**, **10**, **11**, and **12**. Although promised, all of the six LLCs' operating agreements were not produced until, after prodding, on August 19, 2020 and August 24, 2020.

7. Attempts to meet and confer with the LLCs' counsel, Mr. Finestone, with multiple emails and attempts to schedule a telephone conference were unsuccessful. Copies of these emails are attached hereto as as **Exhibits 13**, **14**, **15**, **16**, and **17**. Mr. Finestone emailed on August 21, 2020 that the "LLCs will maintain the objections," but, "if the Judge allows the motion to go forward and authorizes further discovery with respect to any such proceedings, we can meet and confer as to specific objections."

8. The foregoing is known to me of my own personal knowledge, and, if called to testify to these matters, I could competently testify thereto.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the facts stated herein are true and correct to the best of my knowledge and belief.

Executed on this 25th day of August 2020 at San Francisco, California.

                                          /s/ James A. Hennefer
                                            James A. Hennefer

DECLARATION OF JAMES A. HENNEFER      *In re San Jose Airport Hotel*, No. 09-51045-SLJ
IN SUPPORT OF REPLY TO MOTION TO AMEND      *Poonja v. Sevak* Ad.Pro. 11-05236 - SLJ
Case: 11-05236   Doc# 261   Filed: 08/25/20   Entered: 08/25/20 19:02:02   Page 3 of 4
-3-

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. A certificate of service for mailing as to all participants in the case who are not registered CM/ECF users will be filed with the Clerk of the Court

/s/Vasilis Kontaxakis