James A. Hennefer (SBN 059490)
HENNEFER, FINLEY & WOOD, LLP
Russ Building
235 Montgomery Street, Suite 858
San Francisco, CA 94104
Telephone: (415) 421-6100
Facsimile: (415) 421-1815
jhennefer@hennefer-wood.com

Special Counsel for Mohamed Poonja,
Chapter 7 Trustee for San Jose Airport
Hotel, LLC, dba Holiday Inn San Jose, and
Mobedshahi Hotel Group

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>SAN JOSE AIRPORT HOTEL, LLC, dba HOLIDAY INN SAN JOSE,<br>MOBEDSHAHI HOTEL GROUP, | Chapter 7<br>Case No. 09-51045-SLJ<br><br>(Jointly Administered with<br>  Case No. 09-51073-SLJ )<br><br>Adv. Pro. No. 11-05236 |
| MOHAMED POONJA, Chapter 7 Trustee for SAN JOSE AIRPORT HOTEL, LLC, dba HOLIDAY INN SAN JOSE, Debtor, and MOBEDSHAHI HOTEL GROUP, Debtor,<br><br>           Plaintiffs,<br>vs.<br>SEVAK & SONS, L.P., a California limited partnership; CHANDRAKANT SHAH, an individual, and MRUDULA C. SHAH, an individual<br><br>           Defendants. | **ACKNOWLEDGMENT OF<br>SATISFACTION OF JUDGMENT**<br><br>No Hearing Date<br><br>Place:  United States Courthouse, Room 3099<br>          280 South First Street<br>          San Jose, California 95113<br><br>Honorable Stephen L. Johnson |

Judgment Creditor in Adversary Proceeding No. 11-05236, Mohamed Poonja, who is the Chapter 7 Trustee for San Jose Airport Hotel, LLC, dba Holiday Inn San Jose, and Mobedshahi Hotel Group ("Judgment Creditor" or "Trustee'), files this Acknowledgment of Satisfaction of Judgment that the Judgment Debtor, Chandrakant Shah, has fully satisfied the Judgment in such proceeding as follows.

1. Satisfaction of the Judgment is acknowledged because the Judgment Creditor has accepted payment other than that specified in the Judgment in full satisfaction of the Judgment. On December 16, 2020 in Case No.09-51 045, *In re San Jose Airport Hotel*, the Trustee's "Motion to Compromise Controversy with Judgment Debtor" was granted. (Doc. No. 340) This authorized settlement of the Adversary Proceeding Judgment for payment other than that specified in the Judgment, in full satisfaction of the Judgment, and such payment has been made.

2. The full name and address of the Judgment Creditor as shown on the Abstracts of Judgment set out below, which were recorded and which are being fully released, is as follows: Mohamed Poonja, c/o James A. Hennefer 275 Battery Street, #200, San Francisco, California 94111.

3. The full name and address of the Judgment Debtor as shown on the Abstracts of Judgment set out below, which were recorded and which are being fully released, is as follows: Chandrakant Shah, 26725 Shady Oaks Court, Los Altos Hills, California 94022.

4. The Judgment in this Adversary Proceeding as to which this is an acknowledgment of satisfaction and from which the Judgment Debtor is being released was entered on February 9, 2017 (Doc. No. 124).

5. Abstracts of Judgment with certified copies of the Judgment have been recorded as follows:

| County | Date of Recording | Instrument Number |
| --- | --- | --- |
| Santa Clara | 03/27/2017 | 23610603 |
| San Mateo | 03/27/2017 | 2017-026068 |
| Santa Cruz | 03/27/2017 | 2017-0010262 |
| San Benito | 03/29/2017 | 2017-0002849 |
| Monterey | 03/29/2017 | 2017-016934 |

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

*In re San Jose Airport Hotel*      USBC N.D.Cal.- No 09-51045 - SLJ
*Poonja v. Sevak*      USBC N.D. Cal. Adv. Pro. 11-05236 -SLJ

-2-

Case: 11-05236    Doc# 309    Filed: 02/23/21    Entered: 02/23/21 17:08:52    Page 2 of 5

NOTICE TO JUDGMENT DEBTOR: If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in paragraph 5 above, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

DATED: February 23, 2021

HENNEFER, FINLEY & WOOD, LLP

By: *(signature)*

James A. Hennefer
Special Counsel for Mohamed Poonja,

---

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

*In re San Jose Airport Hotel*
*Poonja v. Sevak*

USBC N.D.Cal.- No 09-51045 - SLJ
USBC N.D. Cal. Adv. Pro. 11-05236 -SLJ

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __San Francisco__ )

On __February 23, 2021__ before me, __Gary Hirsch, Notary Public__,
    *Date*                                *Here Insert Name and Title of the Officer*

personally appeared __James A. Hennefer__
                                 *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
*Signature of Notary Public*

[Notary Seal: GARY HIRSCH, COMM. #2332623, NOTARY PUBLIC - CALIFORNIA, SAN FRANCISCO COUNTY, My Comm. Exp. Aug. 26, 2024]

*Place Notary Seal Above*

——— *OPTIONAL* ———

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Acknowledgement of Satisfaction of Judgment__
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

# CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. A certificate of service for mailing as to all participants in the case who are not registered CM/ECF users will be filed with the Clerk of the Court.

/s/Vasilis Kontaxakis

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

In re San Jose Airport Hotel
Poonja v. Sevak

USBC N.D.Cal.- No 09-51045 - SLJ
USBC N.D. Cal. Adv. Pro. 11-05236 -SLJ

Case: 11-05236   Doc# 309   Filed: 02/23/21   Entered: 02/23/21 17:08:52   Page 5 of 5
-4-